# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**ANDREA SALZMANN, et al.,**

                    Plaintiff(s),

          v.                 **TELEPHONE STATUS CONFERENCE**
                                          Case No. 22-C-894

**GERALD WERGIN, et al.,**

                    Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding      Time Called: 2:00 p.m.
Proceeding Held: March 23, 2023      Time Concluded: 2:10 p.m.
Deputy Clerk: Mara      Tape: 032323 Zoom

**Appearances:**

    **Plaintiff(s):**    Connor Clegg and Larry Johnson

    **Defendant(s):**    Gerald Wergin and Nicholas Wilson (pro se Defendants)

---

The court inquires whether Staxos LLC does not intend to contest the case.
Pro se Defendants have filed an answer to the amended complaint.
The court GRANTS default as to defendant Staxos LLC.
Plaintiffs' counsel anticipates filing a motion for default judgment.
Mr. Johnson believes discovery can be completed within 9 months.
The court advises both Defendants of their right to retain counsel and refers them to the pro se litigant information on the court's website. The court also advises Defendants of the discovery process.
Mr. Wergin states he is not familiar with litigation and cannot afford retained counsel.
Mr. Johnson inquires as to this matter being referred for Mediation.
The court advises parties of Mediation services which can be provided to them.
Parties should notify the court if they agree to proceed with Mediation.

**Discovery due by 1/2/2024.**
**Motions due by 2/1/2024.**

Case 1:22-cv-00894-WCG    Filed 03/23/23    Page 1 of 1    Document 23